# United States Court of Appeals
## For the First Circuit

No. 23-1504

UNITED STATES OF AMERICA,

Appellee,

v.

FRANCISCO XAVIER ORTIZ-COLÓN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2026, is amended as follows:

On page 13, line 18, please replace the word "which" with "whom"

On page 36, line 15, please replace the word "gleam" with "glean"

On page 42, line 5, please replace the word "statues" with the word "statutes"

On page 42, line 16, please replace the word "who" with "which"